437 A.2d 1018

Commonwealth, Appellant v. Campbell.

Submitted December 8, 1978.   Peter F. Schenck, Deputy District Attorney, for Commonwealth, appellant;  James A. Downey, III, for appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

The order of the lower court is affirmed.

HESTER, J. filed a memorandum dissenting opinion.

437 A.2d 1018

Commonwealth v. Cianto, Appellant.

Submitted June 13, 1980.   Frank J. Marcone, for appellant;  Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.